ORIGINAL

ECF

RECEIVED & FILED
APR - 9 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Thomas D. Peterson, et. al. (see attached list)

Tho **If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Kevin Egan Anderson

Firm Name: Parry Anderson & Gardiner

Post Office Box: 04-634C

Street Address: 60 E. South Temple, Suite # 1200

City-State-Zip: Salt Lake City, UT 84111

Telephone & Facsimile Numbers: Phone 801-521-3434 Fax 801-521-3484

E-mail address: kanderson@parrylaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R N

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003