ECF

ORIGINAL

FILED
APR 9 2004
U.S. COURT OF
FEDERAL CLAIMS

Kevin Egan Anderson
Douglas J. Parry
PARRY ANDERSON & GARDINER
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
Phone: (801) 521-3434
Fax: (801) 521-3484

Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY, and DON R. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE FEDERAL AVIATION ADMINISTRATION OF THE UNITED STATES OF AMERICA; and JOHN DOES I - XX,<br><br>Defendants. | **NOTICE OF DIRECTLY RELATED CASE**<br><br>Civil No. 04-634C<br><br>Judge ________ |

Pursuant to Rule 40.2 RCFC, Plaintiff, by and through its undersigned counsel, hereby gives notice that this case is related to a case previously filed in the above-captioned Court, which was subsequently dismissed without prejudice pending a determination of fair market value in a condemnation proceeding pending in the United States District Court for the District of Utah, Central Division.

A. Title and Case Number of Related Case

1. The title of the related case is:

Thomas D. Peterson, Saundra L. Peterson, Randal J. Peterson, Sheelagh M. Murphy, and Don R. Parker, Plaintiffs, v. The United States of America; The Federal Aviation Administraation of the United States of America; and John Does 1-XX, Defendants

2. The Civil Number of the related case is 02-1364C

B. Brief statement of the relationship of the actions:

This case presents the same causes of action raised in the original related case. The matter was dismissed without prejudice pending the determination of fair market value in a condemnation case that was pending in the United States District Court for the District of Utah, Civil No. 2:02 CV 1425 DB (the "Condemnation Case"). That fair market value determination is a predicate for the determination of fair rental value of property leased by the United States of America from the Plaintiffs in the above-captioned matter. Fair rental value is a derivative of fair market value. The Condemnation Case is underway and should be concluded on Friday, April 9, 2004.

C. Statement concerning assignment.

The Plaintiffs believe that the assignment of this matter to a single judge is likely to

conserve judicial resources and promote an efficient determination of the action. There are no other pending actions with which this action should be consolidated.

DATED this 8th day of April, 2004.

PARRY ANDERSON & GARDINER

Kevin Egan Anderson
Douglas J. Parry
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 8th day of April, 2004, I caused to be mailed via FedEx Overnight Delivery one copy of the Plaintiffs' Notice of Directly Related Case to:

Richard Ewing, Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 "L" Street, N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C., 20503

Lani Willis