IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY and DON R. PARKER, Plaintiff, | |
| v. | No. 04-634C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of RICHARD S. EWING as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

RICHARD S. EWING
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

/s/ Richard S. Ewing

RICHARD S. EWING
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax: (202) 307-0972

May 6, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __th day of May 2004, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Kevin Egan Anderson
Parry Anderson & Gardiner
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111

__________________