# In the United States Court of Federal Claims

No. 04-634C
(Filed: August 17, 2004)

****************************************
**THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON SHEELAGH M. MURPHY and DON R. PARKER**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

It is hereby ORDERED that the following schedule of proceedings for this case, which was jointly proposed by the parties in this case, is hereby adopted:

| | |
|---|---|
| September 1, 2004: | Deadline for joinder of additional parties |
| September 1, 2004: | Deadline for information disclosure and exchange of documents |
| April 1, 2005: | Physical examination of the property to be conducted by this date |
| May 1, 2005: | Deadline for designation of expert witnesses and exchange of expert witness reports |
| July 1, 2005: | Deadline for fact and expert witness discovery |

A status conference shall be held after July 1, 2005 on a date to be determined.

S/Chief Judge Edward J. Damich