IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 04-634C (Chief Judge Damich) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Pursuant to Rule 15(a) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully moves for leave to file an amended answer in this proceeding.

On June 8, 2004, at the time defendant filed its answer to the complaint, the United States District Court for the District of Utah had not yet entered a final order in the condemnation proceeding styled United States v. 82.532 Acres of Land, More or Less, Situated in Salt Lake County, State of Utah, et al. (Civil No. 2:02 CV 1425 DB). The Utah proceeding involved the Government's condemnation on December 30, 2002, of land that includes land that the Government had rented from plaintiffs under the lease agreement at issue in this proceeding, which agreement plaintiffs contend the Government breached. The Utah proceeding also involved land at issue in this proceeding that plaintiffs contend the Government had been unlawfully occupying.

On July 30, 2004, two months after the Government filed its answer in this proceeding, the Utah district court entered a judgment and final order of condemnation.

Because the condemnation proceeding resolved valuation issues that also are at issue in this proceeding, the Government may now assert the affirmative defense of res judicata. Defendant's proposed amended answer, which accompanies this motion, differs from defendant's answer only in that it contains a paragraph 5 under affirmative defenses, in which the Government asserts the affirmative defense of res judicata.

Defendant respectfully submits that justice requires that defendant be permitted to amend its answer by adding the defense of res judicata.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/ Richard S. Ewing

RICHARD S. EWING
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0462
Fax (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

DWIGHT WILLIAMS
Office of the Regional Counsel
Northwest Mountain Region
Federal Aviation Administration
1601 Lind Ave. SW
Renton, Washington 98055

March 10, 2005

CERTIFICATE OF FILING

I hereby certify that on March 10, 2005, a copy of the foregoing Defendant's Motion For Leave To File Amended Answer was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Richard S. Ewing