# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY, and DON R. PARKER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.04-634C |
| THE UNITED STATES OF AMERICA; THE FEDERAL AVIATION ADMINISTRATION OF THE UNITED STATES OF AMERICA; and JOHN DOES I - XX, | ) | Chief Judge Damich |
| Defendants. | ) | |

## MOTION TO STAY PROCEEDINGS

Plaintiffs, Thomas D. Peterson, Saundra L. Peterson, Randal J. Peterson, Sheelagh M. Murphy, and Don R. Parker, (the "Plaintiffs"), respectfully move the Court for its order staying this case until the conclusion of the appeal on the related condemnation case filed in the United States District Court for the District of Utah, as Civil No. 2:02 CV 1425 DB, on appeal in the United States 10th Circuit Court of Appeals, as No. 05-4001 (the "Condemnation Action").

This motion is based upon the following grounds:

1. This action involves, among other things, the fair rental value of property located in the State of Utah, leased by the United States from the Plaintiffs. The lease provided for periodic updates in the amount of rent, based on fair rental value. The appropriate amount of the rental increase for a period of years is disputed.

2. The United States subsequently acquired the subject property pursuant to the Condemnation Action which has been appealed to the United States 10th Circuit Court of Appeals.

3. The Condemnation Action will determine the fair market value of the subject property.

4. The determination of fair *rental* value, which is the subject of this action, is derived from the fair *market* value of the property.

5. Consequently, the central fair rental value issue in the case may be determined by the final resolution of the Condemnation Action.

6. The doctrine of *res judicata*, which defendants seek to assert as an affirmative defense is not yet applicable, because of the pending appeal. However, it may become applicable by final resolution of the Condemnation Action by the 10th Circuit Court of Appeals.

7. Principles of judicial economy and comity are best served by delaying this action until the final resolution of the Condemnation Action.

For these reasons, Plaintiffs respectfully move the Court for its order staying this action until the completion of the condemnation action presently on appeal.

Respectfully submitted,

s/ Kevin Egan Anderson

PARRY ANDERSON & GARDINER
60 East South Temple, Suite 1200
Salt Lake City, UT 84111
(801) 521-3434
Attorneys for Plaintiffs

March 28, 2005

CERTIFICATE OF FILING

I hereby certify that on March 28, 2005, a copy of the foregoing MOTION TO STAY PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.