IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY and DON R. PARKER | ) | |
| Plaintiffs, | ) | No. 04-634C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant, the United States, notes that the document (13) that plaintiffs electronically filed on March 28, 2005 under the heading Response to Motion For Leave To File Amended Answer was actually a duplicate of plaintiffs' Motion To Stay Proceedings, filed the same day. Nevertheless, defendant replies to the point made on page 7 of plaintiff' memorandum, also filed on March 28, 2005, by stating that, regardless of whether the Court should enter a stay in this case, the res judicata defense that defendant seeks to raise is not premature or inapplicable, given the judgment of the district court in the condemnation case to which plaintiffs refer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-0361

Attorneys for Defendant

OF COUNSEL:
DWIGHT WILLIAMS
Office of the Regional Counsel
Northwest Mountain Region
Federal Aviation Administration
1601 Lind Ave. SW
Renton, Washington 98055

April 7, 2005

Certificate of Filing

I hereby certify that on April 7, 2005, a copy of the foregoing DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke