**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY, and DON R. PARKER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.04-634C |
| THE UNITED STATES OF AMERICA; THE FEDERAL AVIATION ADMINISTRATION OF THE UNITED STATES OF AMERICA; and JOHN DOES I - XX, | ) | Chief Judge Damich |
| Defendants. | ) | |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS**

Plaintiffs respectfully file this reply memorandum in support of their motion to stay proceedings until completion of the action presently pending in the 10th Circuit Court of Appeals, (the "Condemnation Action"). A core issue in this case is the local fair rental value of the subject property prior to its condemnation by the government. Fair rental value of a property is derived from its fair market value. The completion of the Condemnation Action will resolve the fair market value issue, and the issue preclusion aspect of *res judicata* will attach to that final determination so that it does not have to be re-litigated a second time in this case. Consequently the risk of inconsistent determinations on that issue is avoided, and principles of judicial economy and comity are promoted.

The government does not oppose the motion to continue, recognizing the efficiency of having this issue of fair market value first finally established in the Condemnation Action, presently pending in the 10th Circuit Court of Appeals.

For these reasons, Plaintiffs respectfully urge the Court to continue this action until the Condemnation Action pending in the 10th Circuit Court of Appeals has finally resolved the issue of fair market value.

Respectfully submitted,

s/ Kevin Egan Anderson

PARRY ANDERSON & GARDINER
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
(801) 521-3434

Attorneys for Plaintiffs

April 20, 2005

## CERTIFICATE OF FILING

I hereby certify that on April 20, 2005, a copy of the foregoing PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.