# In the United States Court of Federal Claims

No. 04-634C
(Filed: April 22, 2005)

****************************************
*
**THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON SHEELAGH M. MURPHY and DON R. PARKER**, *

Plaintiffs, *

v. *

**THE UNITED STATES,** *

Defendant. *
*
****************************************

**ORDER**

A status conference will be held in this case on April 29, 2005 at 3:00 PM Eastern Time. The parties shall appear by telephone. The purpose of the status conference is to discuss the unopposed Motion to Stay Proceedings filed by Plaintiff on March 28, 2005. The Court believes that there may be a number of legal issues in this case which can be addressed and possibly resolved while the Tenth Circuit appeal referred to in the Motion to Stay remains pending. As a result, the Court is concerned that a stay of proceedings in this case could unnecessarily delay its ultimate resolution. The Court would like to hear the parties' view on this issue prior to making a decision.

The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

s/ Edward J. Damich
Edward J. Damich
Chief Judge