# In the United States Court of Federal Claims

No. 04-634C
(Filed: May 6, 2005)

****************************************
**THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON SHEELAGH M. MURPHY and DON R. PARKER**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

A status conference was held in this case on April 29, 2005. The parties discussed with the Court the unopposed Motion to Stay Proceedings filed by Plaintiff on March 28, 2005. The Court believed that there were legal issues present in the case which could be resolved while the Utah district court case (Civil No. 2:02 CV 1425 DB) referred to in the Motion to Stay remains on appeal. The parties agreed that some legal issues could be addressed while the 10th Circuit appeal is decided. The parties agreed that it would be useful to engage in discussions to attempt to narrow the issues over the next few weeks.

Therefore, the Court hereby ORDERS the following:

(1) The parties shall meet and confer in the coming weeks to discuss purely legal issues that may be addressed while the 10th Circuit appeal is pending.

(2) The parties shall file a Joint Status Report on or before June 1, 2005, which details the purely legal issues that remain in the case, and further proposes a briefing schedule for addressing these remaining legal issues.

(3) A telephonic status conference will be held on Tuesday, June 7, 2005, at 3:00 PM Eastern Time. The status conference will be held off the record unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five

business days prior to the status conference, that a reporter be present. Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone number where they can be reached at the time of the status conference.

(4) Because the expert reports in this case are highly dependent on the resolution of the 10th Circuit appeal, the May 1, 2005 deadline for the exchange of expert reports is hereby postponed until 30 days after a decision is issued in the Tenth Circuit Court of Appeals. The parties shall file a status report notifying the Court of the decision within five days of the issuance of the opinion.

s/ Edward J. Damich
Edward J. Damich
Chief Judge