IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY and DON R. PARKER, | ) | |
| Plaintiffs, | ) | No. 04-634C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 6, 2005 order, defendant asserts that this case presents the following purely legal issues:

1. Whether plaintiffs' claim that the Government constructed part of a Very High Frequency Omnidirectional Range Tactical Air Navigation ("VORTAC") radar on property not covered by Lease DTFA 11-93-L-15553 is the subject of a claim submitted to the contracting officer for purposes of establishing this Court's jurisdiction to entertain that claim.

2. Whether the claim that the Government constructed part of a VORTAC radar on property not covered by Lease DTFA 11-93-L-15553 is a takings claim that plaintiffs, who did not own the property when the VORTAC was constructed, possess standing to assert.

Defendant proposes July 15, 2005 for the filing of dispositive motions addressing those two issues; August 15, 2005 for plaintiffs' responses; and September 2, 2005 for defendant's

replies. Lead counsel for defendant is scheduled to be in trial, in Alaska, beginning August 15, 2005, and, therefore, does not expect to be able to reply earlier than September 2, 2005, to responses filed on August 15, 2005.

Plaintiffs do not agree that these issues are properly raised in this case and reserve all rights and arguments in responding to any motions or prosecuting any motions with respect thereto. The proposed schedule for briefing any such motions is acceptable to plaintiffs.

Respectfully submitted,

s/ Kevin Egan Anderson
KEVIN EGAN ANDERSON
PARRY ANDERSON & GARDINER
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
Billings, MT 59103-1438
Telephone: (801) 521-3434

Attorneys for Plaintiffs

June 1, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

June 1, 2005

Certificate of Filing

I hereby certify that on June 1, 2005, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail