# In the United States Court of Federal Claims

No. 04-634C
(Filed: June 15, 2005)

****************************************

**THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON SHEELAGH M. MURPHY and DON R. PARKER**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

****************************************

## ORDER

On June 1, 2005, the parties filed a Joint Status Report in which Defendant identified two purely legal issues that could be addressed while the 10th Circuit appeal is pending. Plaintiffs' position is that the issues are not properly raised in this case. A status conference was originally set for June 7, 2005 to discuss the material in the status report. Upon further consideration, the Court finds that a status conference is not necessary in view of the information provided in the status report. The Court adopts the proposed briefing schedule and hereby ORDERS the following:

(1) Defendant file its dispositive motion on or before **July 15, 2005**.

(2) Plaintiffs shall respond to Defendant's motion on or before **August 15, 2005**.

(3) Defendant's reply brief, if necessary, shall be filed on or before **September 2, 2005**.

s/ Edward J. Damich
Edward J. Damich
Chief Judge