# APPENDIX

# INDEX TO APPENDIX

Letter of Blaine D. Myhre to Albert Lee, Contracting Officer, Oct. 11, 2001 . . . . . . . . . . . . . . . . . . . . . . . . 1

ISAACSON, ROSENBAUM, WOODS & LEVY, P.C.
ATTORNEYS & COUNSELORS AT LAW

STANTON D. ROSENBAUM
GARY A. WOODS
SAMUEL L. LEVY
STEVEN G. WRIGHT
RICHARD D. GREENGARD
EDWARD T. RAMEY
WILLIAM M. SILBERSTEIN
LAWRENCE J. DONOVAN, JR.
GARY LOZOW
LAWRENCE R. KUETER
JONATHAN H. STEELER
SHELDON E. FRIEDMAN
MARK G. GRUESKIN
GARY A. KLEIMAN
JON R. TANDLER
BARRY PERMUT
RICHARD M. PETKUN
NEIL B. OBERFELD
JOHN A. CHANIN
THERESA L. CORRADA
PAMELA A. JOHNSON
BLAIN D. MYHRE
PAULA J. WILLIAMS
MELISSA K. THOMPSON
STACEY STERN CHAPMAN
JESSICA E. JAY
ALISON T. DODSON
LISA D. L. WILLIAMS
DEREK C. WEST
LISA R. BRENNER
T. BARTON FRENCH, JR.
RICHARD A. HARDAWAY
BRADLEY A. BECK
LISA C. WALTER
BONNIE LARSON-de PAZ
KELLY ELEFANT
PAUL V. FRANKE SPECIAL COUNSEL
SANDY GAIL NYHOLM OF COUNSEL
LOUIS G. ISAACSON (1910-1993)
CHARLES ROSENBAUM (1901-1973)
SAMUEL M. GOLDBERG (1903-1974)
JOSEPH J. STOLLAR (1946-1984)

SENDER'S DIRECT DIAL
(303) 256-3972

SENDER'S INTERNET ADDRESS
bmyhre@irwl.com

October 11, 2001

**Via Federal Express**

Mr. Albert Lee
Contracting Officer, Acquisition Management Branch
Federal Aviation Administration
1601 Lind Avenue, S.W.
Renton, Washington 98055-4056

RE: Lease DFTA11-93-L-15553

Dear Mr. Lee:

This firm represents Randal J. Peterson, Thomas D. Peterson, Saundra L. Peterson, Sheelagh M. Murphy and Don R. Parker (collectively, "the Petersons") in regard to Federal Aviation Administration ("FAA") Lease DFTA11-93-L-15553, property known as the "Salt Lake City, Utah VORTAC site." As you know the Petersons are the owners of the property that is subject to the lease. (Thomas D. and Sundra L. Peterson own an undivided one-third interest as joint tenants; Randal J. Peterson and Sheelagh M. Murphy own an undivided one-third interest as joint tenants; and Don R. Parker owns a one-third interest.) The purpose of this letter is to make a formal demand, pursuant to the Contract Disputes Act, for the "fair market rent" of the property.

On March 23, 1994, Frank and Nadine Gilmore entered into the lease agreement with the FAA, in which they leased the property at issue for $5,000 per year. This lease was assigned to Thomas Peterson, Saundra Peterson, Don Parker, Randal Peterson and Sheelagh Murphy on April 14, 1998. Several provisions of the lease are relevant. The "renewal" section of the lease states that "every three years, from the anniversary date of the lease, the Lessors shall have the option to request the Government [to] conduct a review of the local real estate market and adjust the consideration herein to reflect increases in property values to insure consideration accurately reflect 'fair market rent.'" The agreement also incorporates certain standard "federal acquisition regulation clauses," including "Disputes," 52.233-1 (Dec. 1991). Moreover, the lease is subject to the Contract Disputes Act, 41 U.S.C. § 601 *et seq.*

504962.1

Consistent with the "renewal" section of the lease, the Petersons requested several times in 1998 and 1999 that you review the local real estate market and increase the rental rate to reflect the current fair market value of the property. The Petersons commissioned The Cook Group to conduct an appraisal of the property, and we understand that the government had two of its own appraisals done. Apparently, the government's appraisals reflect dramatically lower valuations of the property than The Cook Group's appraisal and the other evidence of fair market value. We have not been provided the government's appraisals and therefore ask that you provide those to us.

On October 19, 2000, based upon these government appraisals, you offered to increase the rent from $5,000 to $11,048 per year. The Petersons rejected this offer in light of strong evidence that the fair market rental rate was $103,900 per year.

On April 20, 2001, in light of a February 2, 2001 appraisal by The Cook Group, Thomas Peterson revised the requested rent adjustment down to a very conservative figure of $82,512 per year. Despite strong supporting evidence, the FAA has refused to adjust the rent to the true fair market rate.

Pursuant to the Contract Disputes Act, 41 U.S.C. § 605(a), the Petersons submit the following claim for your decision:

(1) that the FAA pay the Petersons the fair market rent of $82,512 per year, starting from October 1, 1999, the date from which the Petersons were entitled to receive a re-evaluation of the fair market rent pursuant to the lease's renewal section, for a total through September 30, 2001 of $165,024, with additional annual rent of $82,512 to be paid pursuant to the terms of the lease; and

(2) that the FAA pay interest, at the rate allowable by law, from October 1, 1999 to the present.

The Contract Disputes Act also allows the parties to engage in "any alternative means of dispute resolution under subchapter IV of chapter 5 of Title 5, or other mutually agreeable procedures, for resolving claims." 41 U.S.C. § 605(d). We request that the FAA engage with us in mediation or another mutually agreeable procedure for resolving this dispute.

Please do not hesitate to contact me with any questions or comments about these demands and requests. We would be happy to provide you additional documentation to aid you in your decision on this formal claim, and we look forward to hearing from you in the near future.

Sincerely,

Blain D. Myhre

Enclosures
cc: Thomas D. Peterson
Randal J. Peterson
Don R. Parker
T. Barton French, Esq.

Isa…on, Rosenbaum, Woods & …vy, P.C.
Attorneys & Counselors At Law

Stanton D. Rosenbaum
Gary A. Woods
Samuel L. Levy
Steven G. Wright
Richard D. Greengard
Edward T. Ramey
William M. Silberstein
Lawrence J. Donovan, Jr.
Gary Lozow
Lawrence R. Kueter
Jonathan H. Steeler

Sheldon E. Friedman
Mark G. Grueskin
Gary A. Kleiman
Jon R. Tandler
Barry Permut
Richard M. Petkun
Neil B. Oberfeld
John A. Chanin
Theresa L. Corrada
Pamela A. Johnson
Blain D. Myhre

Paula J. Williams
Melissa K. Thomson
Stacey Stern Chapman
Jessica E. Jay
Alison T. Dodson
Lisa D. L. Williams
Derek C. West
Lisa K. Brenner
T. Barton French, Jr.
Richard A. Hardaway
Bradley A. Beck

Lisa C. Walter
Bonnie Larson-de Paz
Kelly Elefant

Paul V. Franke Special Counsel
Sandy Gail Nyholm Of Counsel

Louis G. Isaacson (1910-1993)
Charles Rosenbaum (1901-1975)
Samuel M. Goldberg (1903-1976)
Joseph J. Stollar (1946-1984)

Sender's Direct Dial
(303) 256-3972

Sender's Internet Address
bmyhre@irwl.com

October 10, 2001

*Via Telefax*

Thomas D. Peterson
19303 Apple Valley Road
Sonoma, California 95476

Don R. Parker
2145 S. Main Street
Salt Lake City, Utah 84115

Re: FAA Lease Dispute
IRWL File No. 512839-001

Gentlemen:

Attached is the Certification for Contractor Claim which we must submit with our formal claim on the FAA. Tom, it is my understanding that you will get the signatures of Randy, Saundra and Sheelagh, and that Don will send me his signature separately. Please note that the signatures need to be notarized. I need all the signed and notarized forms sent back to me today by Federal Express so that I have them tomorrow (Thursday) so that I can FedEx the claim to Albert Lee on Thursday for his receipt of it on Friday.

If you have any questions, please contact me.

Sincerely,

Blain D. Myhre

BDM/wck
Encl.

505284.1

633 17th Street, Suite 2200, Denver, Colorado 80202 • 303-292-5656 • Fax 303-292-3152

**Certification for Contractor Claim Exceeding $50,000**

STATE OF ______________________ )
) ss.
COUNTY OF ____________________ )

Pursuant to the Disputes clause, 52.233-1(d)(2), the Contractors, Randal J. Peterson, Thomas D. Peterson, Saundra L. Peterson, Sheelagh M. Murphy, and Don R. Parker being of lawful age and first duly sworn, state the following:

1. The claim made against the Federal Aviation Administration ("FAA") in excess of $50,000 is made in good faith.

2. The supporting information in support of the claim is accurate and complete to the best of the Contractors' knowledge and belief.

3. The amount requested accurately reflects the contract adjustment for which the Contractors believes the FAA is liable.

Randal J. Peterson
______________________
Randal J. Peterson

Thomas D. Peterson
______________________
Thomas D. Peterson

Saundra L. Petterson
______________________
Saundra L. Peterson

Sheelagh M. Murphy
______________________
Sheelagh M. Murphy

______________________
Don R. Parker

Subscribed and sworn to before me this ___ day of ______________, 2001.

WITNESS my hand and official seal.

See Attached
______________________
Notary Public

My commission expires: ______________________

**Certification for Contractor Claim Exceeding $50,000**

STATE OF Utah )
) ss.
COUNTY OF Salt Lake )

Pursuant to the Disputes clause, 52.233-1(d)(2), the Contractors, Randal J. Peterson, Thomas D. Peterson, Saundra L. Peterson, Sheelagh M. Murphy, and Don R. Parker being of lawful age and first duly sworn, state the following:

1. The claim made against the Federal Aviation Administration ("FAA") in excess of $50,000 is made in good faith.

2. The supporting information in support of the claim is accurate and complete to the best of the Contractors' knowledge and belief.

3. The amount requested accurately reflects the contract adjustment for which the Contractors believes the FAA is liable.

____________________
Randal J. Peterson

____________________
Thomas D. Peterson

____________________
Saundra L. Peterson

____________________
Sheelagh M. Murphy

Don R Parker
Don R. Parker

Subscribed and sworn to before me this 10th day of October, 2001.

WITNESS my hand and official seal.

NOTARY PUBLIC
KRISTEN THOMAS
3375 South 8480 West
Magna, UT 84044
My Commission Expires
May 24, 2004
STATE OF UTAH

Kristen Thomas
Notary Public

My commission expires: 5/24/04