IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY and DON R. PARKER, | ) | |
| Plaintiffs, | ) | No. 04-634C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 13, 2005 order, the parties report that the related case before the United States Court of Appeals for the Tenth Circuit, United States v. 82.532 Acres of Land, No. 05-4001, remains pending. The opening brief of appellants in that case, who are plaintiffs in this case, is due by February 22, 2006.

Counsel for plaintiffs has represented to counsel for defendant plaintiffs' consent to the contents of this report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:
DWIGHT WILLIAMS
Office of the Regional Counsel
Northwest Mountain Region
Federal Aviation Administration
1601 Lind Ave. SW
Renton, Washington 98055

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

February 1, 2006

Certificate of Filing

I hereby certify that on February 1, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail