IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS D. PETERSON, SAUNDRA L. PETERSON, RANDAL J. PETERSON, SHEELAGH M. MURPHY and DON R. PARKER, | ) | |
| Plaintiffs, | ) | No. 04-634C<br>(Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 13, 2005 order, the parties report that the related case before the United States Court of Appeals for the Tenth Circuit, United States v. 82.532 Acres of Land, No. 05-4001, remains pending. The opening brief of appellants in that case, who are plaintiffs in this case, is due by May 24, 2006. The parties have been engaged in ongoing efforts to settle both cases through the Tenth Circuit's mediation program, and report that there has been substantial progress toward settlement of both cases.

Counsel for plaintiffs has represented to counsel for defendant that plaintiffs consent to the contents of this report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

OF COUNSEL:
DWIGHT WILLIAMS
Office of the Regional Counsel
Northwest Mountain Region
Federal Aviation Administration
1601 Lind Ave. SW
Renton, Washington 98055

May 2, 2006

Certificate of Filing

I hereby certify that on May 2, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail